UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL CHARRIER** | **CIVIL ACTION NO.:** |
| **VERSUS** | **JUDGE:** |
| **JEFFREY GIERING, ARNOLD TRANSPORTATION, LIBERTY MUTUAL INSURANCE, AMERICAN TRUCKING INSURANCE AND LOCKTON COMPANIES** | **MAGISTRATE:** |

## CERTIFICATE OF FILING

I hereby certify that I have received a copy of the action styled "*Cheryl Charrier versus Jeffrey Giering, Arnold Transportation, Liberty Mutual Insurance, American Trucking Insurance, and Lockton Companies,*" bearing Docket No. 47014, Division "B" and pending on the docket of the 5th Judicial District Court for the Parish of Richland, State of Louisiana, and that a copy of the Notice of Removal has been filed in the Office of the Clerk of Court, 5th Judicial District Court for the Parish of Richland, State of Louisiana, in said action.

In witness whereof, I hereunto set my hand and affix my seal this ____ day of _____, 2019.

_____
CLERK, UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA